Jeffrey A. Meyers (State Bar Number 175474)
Jeffrey A. Meyers, Attorney at Law
17221 E. 17th St. Suite F
Santa Ana, CA 92705
(714) 617-5868
jmeyerslaw17@yahoo.com
Attorney for Plaintiff ROBERT SANCHEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Southern Division – Santa Ana)

| | |
|---|---|
| ROBERT SANCHEZ,<br>    Plaintiff,<br>v.<br>SOCAL MENTAL MATH EDUCATION CENTER, a business entity; CAROLYN AN, an individual; RAPHAEL JUDITH TR RAPHAEL TRUST, an entity of unknown form and origin; and VIENNESE WALTZ LLC, a California limited liability company, | Case No.: 8:25-cv-01624-MRA-DFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff ROBERT SANCHEZ hereby voluntarily dismisses this action in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

No defendant has filed an answer or motion for summary judgment. Accordingly, this dismissal is effective upon filing and does not require a court order.

Dated:     September 8, 2025

                                              Respectfully submitted,

                                              _____

                                              Jeffrey A. Meyers, Attorney at Law

                                              Attorney for Plaintiff ROBERT SANCHEZ